**[Dntcpsca]** [District Notice Scheduling Pretrial/Status Conference Adversary]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                              Case No. 3:17−bk−00912−JAF
                                                                                    Chapter 7
George W. Schwan


_____Debtor*_____/

Linda Diamond



          Plaintiff*


vs.                                                                                Adv. Pro. No. 3:17−ap−00115−JAF


George W. Schwan



_____Defendant*_____/

## NOTICE SCHEDULING PRETRIAL/STATUS CONFERENCE

NOTICE IS GIVEN THAT:

1. A Pretrial/Status Conference will be held in 300 North Hogan Street, 4th Floor − Courtroom 4D, Jacksonville, FL 32202, on October 31, 2017, at 10:00 AM , before the Honorable Jerry A. Funk, United States Bankruptcy Judge.

2. Parties are reminded to comply with all requirements of Local Rule 7001−1.

3. Avoid Delays. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure, a photo ID is required for entry into the courthouse.

|  |  |
|---|---|
| Dated: August 30, 2017 | FOR THE COURT<br>Sheryl L. Loesch , Clerk of Court<br>300 North Hogan Street Suite 3−150<br>Jacksonville, FL 32202 |

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.